IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VISUAL COMMUNICATIONS, INC. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| ASSUREX HEALTH, INC., | : | NO. 14-3854 |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this *18th* day of *September*, 2014, upon consideration of Defendant AssureRx Health, Inc.[1] ("Defendant")'s Motion to Dismiss and Request for Attorney's Fees (Docket No. 9), Plaintiff Visual Communications, Inc. ("Plaintiff")'s Response in Opposition (Docket No. 13), Defendant's Reply Brief (Docket No. 14), Plaintiff's Sur-Reply Brief (Docket No. 15), and Defendant's Response to Plaintiff's Sur-Reply (Docket No. 16), it is hereby **ORDERED** that:

1. Count One of Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**; and

2. Counts Two and Three of Plaintiff's Amended Complaint are **DISMISSED WITH PREJUDICE**.

3. Plaintiff has twenty (20) days in which to file a Second Amended Complaint.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.

---

[1] Plaintiff incorrectly captioned Defendant in his Complaint as "Assurex Health, Inc."